**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Magaly Lopez                                CHAPTER 13

          <u>Debtor(s)</u>                                BKY. NO. 20-10383  AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                               Respectfully submitted,
                                               **/s/ Rebecca A. Solarz Esquire**
                                               Rebecca A Solarz, Esquire
                                             Kevin G. McDonald, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322