IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  **Magaly Lopez**               )   Chapter 13
       **Debtor**                          )
                                           )   **No. 20-10383-AMC**
                                           )
                                           )

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                **/s/David M. Offen**
                                                **David M. Offen**
                                                **Attorney for Debtor(s)**

**Date:6/5/20**