**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Magaly Lopez | CHAPTER 13 |
| Debtor(s) | |
| Lakeview Loan Servicing LLC | |
| Movant | |
| vs. | NO. 20-10383 AMC |
| Magaly Lopez | |
| Debtor(s) | |
| Kenneth E. West Esq. | |
| Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this        day of                 , 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on June 14, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 30, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list