United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10383-amc |
| Magaly Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Magaly Lopez, 6235 Algard Street, Philadelphia, PA 19135-3501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Magaly Lopez dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Nov 30, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Magaly Lopez | | CHAPTER 13 |
| Debtor(s) | | |
| Lakeview Loan Servicing LLC | | |
| Movant | | |
| vs. | | NO. 20-10383 AMC |
| Magaly Lopez | | |
| Debtor(s) | | |
| Kenneth E. West Esq. | | |
| Trustee | | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this ____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on June 14, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 30, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list