Certificate Number: 12433-PAE-DE-037174872

Bankruptcy Case Number: 20-10383



12433-PAE-DE-037174872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2023, at 3:47 o'clock PM EST, Magaly Lopez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 10, 2023

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher