United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10383-amc |
| Magaly Lopez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 138OBJ | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Magaly Lopez, 6235 Algard Street, Philadelphia, PA 19135-3501 |
| 14455267 | | LDC Collections Systems, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 14467617 | + | Lakeview Loan Servicing LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14455269 | | Pennsylvania Department of Revenue, PO Box 280432, Harrisburg, PA 17128-0431 |
| 14482061 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14455271 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14455270 | | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14465554 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14455273 | + | Slomin's, 125 Lavman Lane, P.O. Bix 1886, Hicksville, NH 03105-1886 |
| 14458073 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2023 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14455246 | + | Email/Text: backoffice@affirm.com | Feb 16 2023 00:07:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14470358 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2023 00:13:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14455248 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2023 00:13:44 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14455249 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2023 00:13:54 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14510114 | | Email/Text: megan.harper@phila.gov | Feb 16 2023 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14455250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2023 00:13:43 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14455251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2023 00:13:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14465169 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2023 00:13:37 | Capital One N.A., 4515 N Santa Fe Ave, |

Case 20-10383-amc    Doc 52    Filed 02/17/23    Entered 02/18/23 00:30:28    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 14455252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2023 00:13:51 | Capital One/walmart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14455254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 00:13:53 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14490096 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 00:13:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14455256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 00:13:38 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14455257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2023 00:06:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14455258 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2023 00:06:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14455260 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2023 00:06:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14455261 | + | Email/Text: bankruptcy@credencerm.com | Feb 16 2023 00:07:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14455262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 00:13:44 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14489781 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2023 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14460899 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2023 00:13:51 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14464795 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 16 2023 00:07:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14455263 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 16 2023 00:07:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14455266 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2023 00:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14486160 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 16 2023 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14455253 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2023 00:13:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14474863 | + | Email/Text: RASEBN@raslg.com | Feb 16 2023 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14487152 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 00:13:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14489645 | ^ | MEBN | Feb 16 2023 00:04:59 | Lakeview Loan Servicing LLC, PO BOX 840, BUFFALO, NY 14240-0840 |
| 14467242 | ^ | MEBN | Feb 16 2023 00:05:12 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14455268 | | Email/Text: camanagement@mtb.com | Feb 16 2023 00:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14477289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2023 00:13:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14455271 | + | Email/Text: bankruptcy1@pffcu.org | Feb 16 2023 00:06:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, |

Case 20-10383-amc    Doc 52    Filed 02/17/23    Entered 02/18/23 00:30:28    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 138OBJ | Total Noticed: 55 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14455270 | | Email/Text: bankruptcy1@pffcu.org | Feb 16 2023 00:06:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14465554 | + | Email/Text: bankruptcy1@pffcu.org | Feb 16 2023 00:06:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14487397 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2023 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14487395 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2023 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14455274 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:13:37 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14487336 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:13:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14455275 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:13:43 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14455276 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:13:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14455277 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:13:52 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14455278 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:13:37 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14490380 | + | Email/Text: bncmail@w-legal.com | Feb 16 2023 00:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14455279 | + | Email/Text: bncmail@w-legal.com | Feb 16 2023 00:06:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14455280 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2023 00:06:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14455281 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2023 00:13:43 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14487128 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2023 00:13:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14455247 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14455255 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14455259 | *+ | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14455264 | *+ | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14455265 | *+ | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14710273 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14455272 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 15, 2023 | Form ID: 138OBJ | Total Noticed: 55 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023               Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Magaly Lopez dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Magaly Lopez
    Debtor(s)

Case No: 20−10383−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/23

51 − 41
Form 138OBJ