| **Fill in this information to identify the** Fill in this information to identify the case: |
|---|
| Debtor 1    Magaly Lopez |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   20-10383 AMC |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing LLC              **Court claim no.** (if known): 24

**Last 4 digits** of any number you use to
identify the debtor's account: 4539

**Date of payment change:**
Must be at least 21 days after date    12/01/2022
of this notice

**New total payment:**    $514.49
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $134.08          New escrow payment:   $142.44

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____ %          New interest rate:  _____ %
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   Current mortgage payment: $_____          New mortgage payment: $_____

Debtor(s)　　**Magaly**　　　　　　　**Lopez**　Case number *(if known)*  20-10383 AMC
　　　　　　　First Name　　Middle Name　　Last Name

## Part 4:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*　　　　　　　　　　　Date　11/07/2022
　　Signature
Print: Michael Farrington
　　07 Nov 2022, 16:33:04, EST

Title　Attorney for Creditor

Company　KML Law Group, P.C.

Address　701　　Market Street, Suite 5000
　　　　　Number　　Street
　　　　　Philadelphia,　　　　　　　　　　PA　19106
　　　　　City　　　　　　　　　　　　　　State　ZIP Code

Contact phone　(215) 627–1322　　　　Email  bkgroup@kmllawgroup.com